IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| PHILLIP MILES | : | NO. 10-279-2 |

ORDER

AND NOW, this 29th day of July, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Phillip Miles to suppress physical evidence and statements (Doc. Nos. 47 and 48) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.