PROB 12
(Rev. 10/93)

RECEIVED
AUG 11 2015
U.S. Probation Office
Eastern District of PA

## United States District Court

for the

### Eastern District of Pennsylvania

U.S.A. vs. Phillip Miles                           Case No. 10-279-2

### Petition on Supervised Release

    COMES NOW Magdelyn Baez, U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of who was placed on supervised release by the Honorable Harvey Bartle III sitting in the Court at Philadelphia, PA, on the 21st day of December, 2010, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Conspiracy (Count One); bank fraud and aiding and abetting (Counts Two and Three); and possessing and uttering counterfeit checks and aiding and abetting (Counts Four through Seven). |
| ORIGINAL SENTENCE: | The defendant was committed to the custody of the Bureau of Prisons for a period of 18 months, followed by a three year term of supervised release, with a special assessment of $700. |
| SPECIAL CONDITIONS: | (1)The defendant is not to incur any new debt and report to the probation officer all financial information; and, (2) The defendant shall pay restitution in the amount of $50,730.17, at the rate of $25 per month, starting 30 days after his release from prison. |
| DATE SUPERVISION COMMENCED: | September 14, 2012 |
| MODIFICATION OF CONDITIONS: | On May 3, 2012, the Court ordered that the defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. The defendant shall participate in drug treatment and abide by the rules of any such program until satisfactorily discharged. The defendant shall also participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged. |
| MODIFICATION OF CONDITIONS: | On December 14, 2012, the Court ordered that the defendant shall refrain from the use of alcohol and submit to alcohol testing to ensure compliance. The defendant shall participate in alcohol treatment and abide by the rules of any such program until satisfactorily discharged. |

**RE:** MILES, Phillip
**Case No.** 10-279-2
**Page Two**

MODIFICATION OF
CONDITIONS:              On March 16, 2015, the Court ordered that the defendant shall be placed at a Residential Reentry Center for a period of 90 days, as soon as practicable.

DATE SUPERVISION
TERMINATES:              September 13, 2015


RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 31, 2015, Mr. Miles was admitted to Liberty Management Services (LMS) Residential Reentry Center for a period of 90 days and he completed his term on June 28, 2015. Although Mr. Miles has been unemployed since March, the Program Director at LMS advised that Mr. Miles was cooperative while in the program. He and his family have been collecting Public Assistance benefits and he is trying to secure a job doing construction or welding work.

Relative to his financial obligations, Mr. Miles paid $524.48 toward the special assessment leaving a balance of $175.52. The entire restitution order of $50,730.17 remains outstanding. On July 20, 2015, Mr. Miles submitted a Personal Financial Statement noting that he collects $1,703, per month in Public Assistance benefits; this consists of $950 per month in food stamps and $753 per month in cash assistance. His necessary monthly expenses totaled $1,632, leaving a cash flow of $71 per month. Mr. Miles submitted shut off notices for his delinquent electric bill of $936.82 and water/sewer bill of $2,381.42. He also reported delinquent school loans in the amount of $12,763. Despite his financial situation, Mr. Miles agreed to make monthly payments of no less than $25 toward his outstanding restitution obligation and increase his payments when he is able to do so.

We respectfully request that Your Honor permit the offender's term of supervised release to terminate as scheduled with an outstanding restitution balance and offer the following prayer for the Court's consideration.

2

**RE:** MILES, Phillip
**Case No.** 10-279-2
**Page Two**

| | |
|---|---|
| **PRAYING THAT THE COURT WILL ORDER...** | **THAT THE OFFENDER'S SUPERVISED RELEASE TERM BE PERMITTED TO TERMINATE AS SCHEDULED ON SEPTEMBER 13, 2015, WITH OUTSTANDING SPECIAL ASSESSMENT AND RESTITUTION BALANCES.** |

Respectfully,

*Debra A. Brink*

Debra A. Brink
Supervising U.S. Probation Officer

Place: Philadelphia, PA
Date: August 6, 2015

ORDER OF THE COURT

Considered and ordered this __10th__ day of __August__, 2015, and ordered filed and made part of the records in the above case.

_____
U.S. District Court Judge

3